

Arthur Earl Hines, Jr.
Jamie Kay Hines
1331 N Los Alamos
Mesa, Arizona 85213
480-570-9348



UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| ARTHUR EARL HINES, JR. | ) | Case No. 11-08312 |
| JAMIE KAY HINES | ) | |
| | ) | MOTION FOR AUTHORIZATION TO |
| | ) | MODIFY RESIDENTIAL MORTGAGE |
| Debtor(s) | ) | |

Debtors filed voluntary petition under Chapter Seven on March 29, 2011. During the course of the Chapter Seven, the Debtors began negotiating with their mortgage holder, Wells Fargo, for a loan modification as it relates to their homestead residence located at 1331 North Los Alamos, Mesa, Arizona 85213.

The Debtors were ultimately successful and were offered a loan modification under terms and conditions that are agreeable to both the borrower and the lender. To finalize the transaction the lender is requiring the approval of this Court. The Debtors have been given the opportunity by Wells Fargo Home Mortgage to modify the Promissory Note secured by a first position Deed of Trust against their homestead residence.

The modification of the home loan will allow the Debtors to reduce their overall costs under the following terms:

a. The principle balance on the Note will be $395,348.49;

b. The Note, as modified, will bear a fixed interest rate of 3.875% which is a reduction from the current rate of 5.625%;

c. The modified loan term is 360 months; and

d. The monthly "PITI" payment shall be $2,396.33 (subject to any necessary future escrow adjustments).

It is understood by all that the approval of this Motion will not be in the form of an approval of a Reaffirmation Agreement and, should the Debtors default under the terms of the loan modification, Wells Fargo Home Mortgage's sole remedy will be to exercise its right against the collateral. Said modification is necessary in order to allow the Debtors to continue to reside in their residence. All preliminary steps to complete the modification have been provided for. Attached to this Motion is a copy of the Modification documents.

WHEREFORE, Debtors request this Court to grant the Motion for Authorization to Modify Residential Mortgage.

Respectfully Submitted this 26th day of October, 2012

By _____
Jamie Kay Hines
and
_____
Arthur Earl Hines, Jr.

Date: 10/04/2012

MATTHEW LEE WHITE
UDALL SHUMWAY PLC
1138 N ALMA SCHOOL ROAD #101
MESA, AZ 85201

Subject: Loan modification proposal
Borrower(s):
**ARTHUR E HINES JR**
**JAMIE K HINES**
Bankruptcy No.: 1108312
Account No.: 0219045309
Property Address:
1331 N LOS ALAMOS
MESA AZ 85213



## Account Information

| | |
|---|---|
| Fax: | 1-866-359-7234 |
| Telephone: | 1-800-416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon -Thur, 7 a.m. -10 p.m.; |
| | Fri, 7 a.m. -8p.m.; Sat, 7 a.m. |
| | – 6 p.m.; |
| | Sun, 9 a.m. – 8p.m. CT |
| Loan number: | 0219045309 |
| Property address: | |
| | 1331 N LOS ALAMOS |
| | MESA AZ 85213 |

Dear MATTHEW LEE WHITE:

We have received consent from your office to discuss workout options with your client. We can offer your client a plan that we hope is workable to both parties.

The modification we propose includes the following changes:

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Balance | $ 348,067.47 | Modified Unpaid Balance | $ 395,348.49 |
| Current Maturity Date | 02/01/40 | Modified Mortgage Term | 360 |
| Current Interest Rate | 5.625% | Interest Rate | 3.875% |
| Current Payment Due Date | 02/01/11 | Post Modification Due Date | 11/01/2012 |
| Current Principal & Interest | $2,028.09 | Post Modification Principal & Interest | $1,859.08 |
| Current Payment Amount | $2,565.34 | Estimated Modified Payment amount | $2,396.33 |
| Amount Capitalizing | $ 47,281.02 | Contribution Required | $743.44 |

**Your important next steps**
Please review the proposal with your client. If the terms meet your approval, the next step is to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. Your client will need to continue to make their trial period payments if applicable while we are waiting for consent from the court. When you receive written consent, please forward it to my attention. Once received, we will send the loan documents to you and your attorney for original signatures. We will then withdraw any proof of claim in this case and process the modification as noted.

If the case has already closed, forward to us a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions. **Approval of the loan modification is contingent on court consent or release of the case.**

### If your client is seeking a reaffirmation
If your client intends to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your office for the required undue hardship analysis and filing with the respective court.

### Call me today if you have any questions
If you or your client has questions about the information in this letter, please call me at the number below.

Sincerely,


Home Preservation Bankruptcy Specialist
LINDA HOWARD
877-397-0087 Ext. 3242
Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2012 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801